SCANNED at WVCF and Emailed on 5-3-23 by DL - 13 pages.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

**FILED**
**05/03/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## SYLVESTER THOMAS JR. / GOD

v.

the state of indiana,
the indiana department of corrections, and
wabash valley correctional facility / shu

# TABLE OF CONTENTS

A. 1.A - 7.A : REQUEST TO SUBMITT A FORMAL COMPLAINT.

B. 1.B - 3.B : MOTION TO PROCEED IN FORMA PAUPERIS.

## TABLE OF AUTHORITIES

a.
1. IND. CONST. : Article - 7 (Jurisdiction)
2. IND. CONST. : Articles - 1, sec. 12, 13, and 23 (Due Process)
3. IND. CRIM. RULE 4 (A)
4. IND. Tr. RULE : 53.1
5. IND. Tr. RULE : 5 (B)(2)
6. U.S. CONST. : Article - 3 (Jurisdiction)
7. U.S. CONST : Article - 6 (U.S. CONST; THE SUPREME LAW OF THE LAND)
8. U.S. AMEND : 5 (NOT BE DEPRIVED LIFE, LIBERTY, OR PROPERTY WITHOUT "DUE PROCESS")
9. U.S. AMEND : 8 (NOR CRUEL AND UNUSUAL PUNISHMENT INFLICTED)
10. U.S. AMEND : 14 (NO STATE SHALL MAKE OR ENFORCE LAWS (POLICY) WHICH SHALL ABRIDGE THE PRIVILEGES OR IMMUNITIES OF A UNITED STATES CITIZEN), (NOR DEPRIVE WITHOUT "DUE PROCESS"), (NOR DENY ANY PERSON WITHIN JURISDICTION EQUAL PROTECTION OF LAWS)

## RELIEF OR REMEDY AUTHORITIES

b.

1. 18 U.S.C. § 3626 (INJUNCTIVE RELIEF - PRISON CHANGE OR STOP CONDUCT/APPLICATION OF POLICY.)
2. 28 U.S.C. sec. 1331 and 1343 (a)(3) - (COURT JURISDICTION)
3. 28 U.S.C. sec. 1346 (FEDERAL TORT CLAIMS ARE AUTHORIZED BY)
4. 28 U.S.C. sec. 1367 (STATE LAW, THE COURT HAS SUPPLEMENTAL JURISDICTION OVER CLAIM)
5. 28 U.S.C. sec. 1391 (b)(2) (EVENTS GIVEN RISE TO EVENTS OCCURRED).
6. 28 U.S.C. sec. 1915 (SUING IN FORMA PAUPERIS)
7. 28 U.S.C. sec. 2201 and 2202 (MAKE PRISON STOP WRONG ACTIONS)
8. 28 U.S.C. sec. 2283 and 2284 (STOP ILLEGAL CONDUCT)
9. 42 U.S.C. - (REDRESS THE DEPRIVATION UNDER COLOR OF LAW, OF RIGHTS SECURED BY U.S. CONSTITUTION)
10. RULE 65 OF FEDERAL RULES OF PROCEDURE. (STOP ILLEGAL CONDUCT)

ii.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA.

SYLVESTER THOMAS JR. / **GOD**
PLAINTIFF,

v.

the state of indiana,
the indiana department of corrections,
wabash valley correctional facility / shu.
DEFENDANTS.

Case no. 2:23-cv-00220-MPB-MG

## REQUEST TO SUBMIT A FORMAL COMPLAINT

COMES NOW SYLVESTER THOMAS JR. / **GOD** DOC# 111746, pro-se, CURRENTLY WRONGFULLY IMPRISONED, UNLAWFULLY DETAINED, AND UNWILLINGLY HELD AT THE WABASH VALLEY CORRECTIONAL FACILITY / (SUPER MAXIMUM SECURITY / SPECIAL HOUSING UNIT - SHU), PETITIONING THIS COURT TO ACCEPT, CONSIDER, AND ORDER REMEDY OR RELIEF FROM THE PHYSICAL, MENTAL, AND SPIRITUAL ATTACK ON THE PETITIONER AND PLAINTIFF. DUE TO THE DEFENDANTS WHO CONSPIRED AND EXECUTED AN INTRICATE SCHEME TO REFUSE THE PLAINTIFF OF HIS RESTORED FREEDOM, FREEWILL, AND AUTHORITY THROUGH FREEDOM OF CHOICE, VIOLATING I.D.O.C. POLICY, INDIANA STATE LAW, AND HIS RIGHTS AS A U.S. CITIZEN.

WHERE, THE STATE OF INDIANA, KNOWINGLY AND INTENTIONALLY PROVIDED THE NECESSARY OPPORTUNITY FOR THE INDIANA DEPARTMENT OF CORRECTIONS, AND THE WABASH VALLEY CORRECTIONAL FACILITY / SHU. TO

1.A

TO TAKE BY FORCE OR THE THREAT THERE OF; MY (SYLVESTER THOMAS JR / GOD DOC # 111746); FREEDOM, FREEWILL, AUTHORITY THROUGH FREEDOM OF CHOICE, TO HAVE LIFE FREE FROM ENSLAVEMENT OR CONFINEMENT, LIBERTY WITHOUT DEBT, AND PROPERTY OF MY OWN, WITHOUT "DUE PROCESS", BY: UTILIZING A 60 yr. PRISON SENTENCE OR TERM, THROUGH CASE NO. 49G01-0902-MR-024145, THAT WAS ULTIMATELY DISMISSED AND I WAS DISCHARGED FROM ANY AND ALL COMMITTMENT OR OBLIGATION CONCERNING THE GUILTY VERDICT OR FINDING, DUE TO A REQUEST FOR DETERMINATION OF RULE 53.1 VIOLATION (LAZY JUDGE MOTION), I SUBMITTED ON (12/29/2022) FOR A 3rd TIME, THAT CLEARLY ADDRESSED 2 MOTIONS THAT WERE NEVER RULED ON OR DECIDED. A MOTION TO DISMISS; FILED ON (04/22/2009), AND A MOTION TO DISCHARGE PURSUANT TO CRIMINAL RULE 4(A) FILED ON (04/27/2009). TO UNJUSTLY DENY ME THE EQUAL PROTECTION OF STATE LAW, FEDERAL LEGISLATION, AND I.D.O.C. POLICY, WHILE INFLICTING CRUEL AND UNUSUAL PUNISHMENT BY: UNLAWFULLY HOLDING MY PERSON, AND WRONGFULLY IMPRISONING, OR DETAINING MY BODY IN THE INDIANA DEPARTMENT OF CORRECTIONS, FAILING TO RELEASE, OR ADEQUATELY INFORM ME.

WHERE, THE INDIANA DEPARTMENT OF CORRECTIONS KNOWINGLY AND INTENTIONALLY PROVIDED THE NECCESSARY FORCE OR THREAT THERE OF; FOR THE STATE OF INDIANA, AND WABASH VALLEY CORRECTIONAL FACILITY/SHU, TO TAKE MY (SYLVESTER THOMAS JR./ GOD DOC # 111746), FREEDOM, FREEWILL, AND AUTHORITY THROUGH FREEDOM OF CHOICE, TO HAVE LIFE ABUNDANTLY, LIBERTY AND JUSTICE, LIFE FREE FROM ENSLAVEMENT OR CONFINEMENT, AS WELL AS PROPERTY OR POSESSIONS, AFTER I SUBMITTED A MOTION TO REQUEST FOR DETERMINATION OF RULE 53.1 VIOLATION (LAZY JUDGE MOTION) ON (12/29/2022), THAT CLEARLY ADDRESSED 2 MOTIONS THAT WERE NEVER

RULED ON OR DECIDED. A MOTION TO DISMISS, FILED ON (04/22/2009), AND A MOTION TO DISCHARGE PURSUANT TO CRIMINAL RULE 4(A) FILED ON (04/27/2009). <u>BY: EMPLOYING PERSONEL THROUGH THE I.D.O.C. BRAND/CORPORATION WHO WOULD UNDENIABLY WITHOUT QUESTION ENFORCE THIS UNLAWFULL AND UNJUSTIFIED DEPRIVATION OF CIVIL RIGHTS THROUGH AN ILLEGAL CONFINEMENT THAT HAS INFLICTED CRUEL AND UNUSUAL PUNISHMENT WHILE DENYING ME AN EQUAL PROTECTION OF STATE LAW, FEDERAL LEGISLATION, AND I.D.O.C. POLICY, FAILING TO RELEASE, OR ADEQUATELY INFORM ME.</u>

WHERE, <u>THE WABASH VALLEY CORRECTIONAL FACILITY/SHU, KNOWINGLY AND INTENTIONALLY PROVIDED THE NECCESSARY RESTRAINING APARATUS, OR CONFINEMENT STRUCTURE WHERE FORCE OR THE THREAT THERE OF COULD BE ADMINISTERED</u> BY: UTILIZING THE WABASH VALLEY CORRECTIONAL FACILITY'S (SUPER MAXIMUM SECURITY) SPECIAL HOUSING UNIT/ (SHU.) FACILITY, TO UNLAWFULLY, UNWILLINGLY, AND UNJUSTLY CONFINE, IMPRISON, OR DETAIN MYSELF (SYLVESTER THOMAS JR. [**GOD** D.O.C# 111746), AFTER MY CONVICTION WAS UNDENIABLY DISMISSED AND I WAS DISCHARGED OF ANY AND ALL COMMITTMENT OR OBLIGATION CONCERNING A GUILTY VERDICT OR FINDING. DUE TO A REQUEST FOR DETERMINATION OF RULE 53.1 VIOLATION (LAZY JUDGE) MOTION I SUBMITTED FOR THE THIRD TIME ON (12/29/2022), THAT ADDRESSED 2 MOTIONS THAT WERE NEVER RULED ON OR DECIDED, A MOTION TO DISMISS FILED ON (04/22/2009), AND A MOTION TO DISCHARGE PURSUANT TO CRIMINAL RULE 4(A) FILED ON (04/27/2009). DENYING ME EQUAL PROTECTION OF I.D.O.C. POLICY, STATE LAW, AND THE U.S. CONSTITUTION/FEDERAL LEGISLATION, THAT DEPRIVED MYSELF OF LIFE, LIBERTY, AND PROPERTY WITHOUT "DUE PROCESS", INFLICTING UNDESERVING CRUEL AND UNUSUAL PUNISHMENT, WHILE FAILING TO RELEASE OR ADEQUATELY INFORM ME.

DEFENDANTS:

the state of indiana: gov. eric holcomb, att. gen. todd rokita
INDIANA GOVERNMENT CENTER-SOUTH, 302 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204-2738

the indiana department of corrections: commissioner. christina reagle.
302 W. WASHINGTON STREET ROOM E 334
INDIANAPOLIS, IN 46204-2738

wabash valley correctional facility/s.h.u.: sup.
P.O. BOX 1111  CARLISLE, IN 47838-1111


A TRANSFER FROM A MAXIMUM FACILITY IN (I.S.P.), TO A SUPER MAXIMUM FACILITY IN W.V.C.F.'S FHE (S.H.U.), DOES NOT CONSTITUTE A RELEASE, OR AN ADEQUATE NOTIFICATION. THIS ONLY PROVIDES FURTHER EVIDENCE ESTABLISHING CULPABILITY AND CAPABILITY OF WRONG DOING, AS WELL AS ANOTHER CO-CONSPIRATOR, OR CO-DEFENDANT FOR THIS NEW COMPLAINT. WHERE EACH ENTITY HAS DELIBERATELY VIOLATED THE LAWS AND POLICIES THEY HAVE BEEN SWORN TO UPHOLD.

THEREFORE, I SYLVESTER THOMAS JR./GOD DOC# 111746, PLAINTIFF, ADAMENTLY INSISTS THIS COURT TO ORDER THE DEFENDANTS TO: IMMEDIATELY RETURN ME TO GEN. POP. TWHILE,

1. WITHIN 3 BUSINESS DAYS OF THIS COURT ORDER, SEND A REPRESENATIVE TO MEET WITH THE PLAINTIFF:

4.A

SYLVESTER THOMAS JR./**GOD** DOC# 111746, AT THE WABASH VALLEY CORRECTIONAL FACILITY/S.H.U. <u>TO ADEQUATELY NOTIFY AND INFORM THE PLAINTIFF OF ALL HIS OPTIONS CONCERNING HIS RELEASE AND THE COMPLETE ESTABLISHMENT OF HIS RESTORED FREEDOM, AUTHORITY THROUGH FREEDOM OF CHOICE, OR FREEWILL, AND ALL CONCERNING</u> UNTIL HE/THE PLAINTIFF HAS 100% PERCENT FULL CONTROL; WHERE <u>EVERYTHING</u> RIGHTFULLY BELONGS FOREVER, NEVER TO BE RELINQUISHED.

2. SIMULTANEOUSLY, ADDRESSING THE DISMISSAL OF CASE NO. 49G01-0902-MR-024145, AND THE DISCHARGING OF SENTENCE, DEBT, OR OBLIGATION BY: <u>FINANCIALLY COMPENSATING THE PLAINTIFF IN THE AMOUNT OF 200 MILLION DOLLARS, IN THE FORM OF A PRIVATELY SECURED TRUST FUND FROM P.N.C. BANK</u>, WHERE THE PLAINTIFF (SYLVESTER THOMAS JR./**GOD**) WILL BE SOLE PROPRIETOR, MANAGER, AND BENEFICIARY OF SAID TRUST, WITH 100% PERCENT CONTROL, BEING THE ONLY INDIVIDUAL WITH ACCESS TO SAID TRUST, FOREVER. NO NEGOTIATIONS OR EXCEPTIONS...

3. ALSO, WITHIN 3 BUSINESS DAYS OF THIS COURT ORDER, A REPRESENATIVE FROM EACH SEPERATE ENTITY SHALL MEET WITH THE PLAINTIFF AT THE WABASH VALLEY CORRECTIONAL FACILITY/SHU, IN FULL COMPLIANCE OF THIS ORDER, PREPARED WITH THE IMMEDIATE FINANCIAL COMPENSATION OF $100 BILLION DOLLARS A DAY, THE EQUIVILENCY OF ACCOUNTABILITY FOR EVERY DAY THE PLAINTIFF (SYLVESTER THOMAS JR./**GOD** DOC# 111746) HAS OR HAD TO REMAIN CONFINED UNWILLINGLY, AND ILLEGALLY IMPRISONED AT THE (W.V.C.F./SHU,) FROM THE STATE OF INDIANA, WABASH VALLEY CORRECTIONAL FACILITY/SHU, AND THE INDIANA DEPARTMENT OF

5.A

CORRECTIONS, EACH AS IT'S OWN ENTITY; FOR THE INDIVIDUAL VOLUNTARY CONTRIBUTION THAT CAUSED THIS COMPLAINT. STARTING FROM: (04/12/2023), 92 DAYS AFTER I SUBMITTED THE REQUEST FOR DETERMINATION OF RULE 53.1 VIOLATION MOTION; FOR THE 3rd TIME THAT MANDATED A COLLECTIVE 90 DAY TIME PERIOD FOR A DECISION OR RULING; UNTIL THIS COMPLAINT IS FULLY SETTLED, AND COMPLETELY RESOLVED. (PRIVATELY SECURED ACCOUNT FROM CHASE BANK).

4. SINCE THE SUBMISSION OF THE PLAINTIFF'S MOTION TO REQUEST DETERMINATION OF RULE 53.1 VIOLATION, ON (12/29/2022), ANY AND ALL NEGATIVE VERDICTS AND FINDINGS SHALL BE REVERSED, ALONG WITH THE REMOVAL OF ANY AND ALL SANCTIONS PERTAINING; ADMINISTERED IMMEDIATELY. NO EXCEPTIONS, OR NEGOTIATIONS

SO ORDERED ON THIS _____ DAY OF _____, 2023

_____
JUDGE

## AFFIRMATION

I hereby affirm under the penalties of or perjury that the foregoing representations are true and correct to the best of my belief.

_____
(SIGNATURE)

6.A

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Complaint has been served upon THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF INDIANA, by WABASH VALLEY CORRECTIONAL FACILITY'S LAW LIBRARY E-FILING SYSTEM.

ON THIS 8th DAY OF MAY, 2023

SYLVESTER THOMAS JR. / GOD
(Name)

_[signature]_

(Date)

7.A