UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SYLVESTER THOMAS JR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  No. 2:23-cv-00220-MPB-MG |
| THE STATE OF INDIANA, THE INDIANA DEPARTMENT OF CORRECTIONS, WABASH VALLEY CORRECTIONAL FACILITY, | ) ) ) ) ) ) |
| Defendants. | ) |

**Final Judgment**

The court now enters final judgment. This action is **DISMISSED with prejudice as frivolous.**

Dated: September 27, 2023

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

SYLVESTER THOMAS JR
111746
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838