UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

**FILED**
**09/10/2024**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

GOD/SYLVESTER THOMAS JR.
Plaintiff,

v.

the state of indiana,
the indiana department of corrections,
wabash valley correctional facility (scu)

cause no. 2:23-cv-00220-MPB-MG

## MOTION FOR JUDGMENT BY DEFAULT

Comes now GOD/SYLVESTER THOMAS JR. Doc# 111746, pro-se humble, but adamently submitting this request upon this United States District Court Southern District Of Indiana Terre Haute Division, for a judgment by default in this above action no. That shows the above cause was filed in this court on 05/15/2023, and the summons and complaint shall have been duly served upon the defendants pertaining by this court. No Knowingly, intentionall, or coincidental answers or other defense or defensive tactics has or have been filed by or on behalf of the defendants to notify or make aware to the PLAINTIFF who's pro-se.

Therefore, default was established and should have been entered and attached to file in the civil docket in the office of this clerk. No Knowingly, intentional, or coincidental proceedings, or otherwise have been taken by the defendants since the default has risen or entered, defendants are not in military service, and are not infant or incompetent. as it appears in the decleration of the PLAINTIFF pro-se. GOD/SYLVESTER THOMAS JR. simultaneously submitted herewith.

(00220).    2.

Wherefore, **GOD/SYLVESTER THOMAS JR.** DOC# 111746, pro-se **PLAINTIFF** adamently moves that this United States District Court Southern District Of Indiana Terre Haute Division make and enter a judgment that: **GRANTS** the **PLAINTIFFS** complaint as well as all motions pertaining, including; the entire **RELIEF WANTED** portion of the above complaint / action no. concerning. Which shall be executed and administered in full compliance with complaint; **IMMEDIATELY**, court order attached; informing the **PLAINTIFF**.

SO ORDERED AND EXECUTED BY THIS COURT ON THIS _____ DAY OF _____ 2024.

_____
(JUDGE)

## AFFIRMATION

I **GOD/SYLVESTER THOMAS JR.**, hereby affirm under penalities for perjury that the representatives in the foregoing: Motion to submitt a decleration for entry of default, and Motion for Judgment by default are true and correct to the best of my knowledge and belief.

## CERTIFICATE OF SERVICE

I hereby certify that on this 6TH day of SEPTEMBER 2024. the foregoing: Motion to submitt a decleration for entry of default and Motion for Judgment by default are true and were E-Filed and served upon the United States District Court Southern District Of Indiana Terre Haute Division clerk: 921 OHIO ST. ROOM 104 Terre Haute, Indiana 47807. by the wabash valley correctional facility's law library E-Filing system.

**GOD/SYLVESTER THOMAS JR**
(PLAINTIFF - printed NAME - pro-se)

_____
(Signature)

(00220)     3.